1  BOWMAN AND BROOKE LLP
   Brian Takahashi, Esq. SB# 146505
2  Robert A. Baggs, Esq., SB# 243186
   879 West 190th Street, Suite 700
3  Gardena, California 90248-4227
   Tel:   310/ 768-3068
4  Fax:   310/ 719-1019
   Email:  brian.takahashi@bowmanandbrooke.com
5
   Attorneys for Defendants,
6  MAZDA MOTOR OF AMERICA, INC. dba MAZDA NORTH AMERICAN
   OPERATIONS  and MAZDA MOTOR CORPORATION
7
   ANDERSON LAW FIRM
8  Martin W. Anderson, Esq. SB# 178422
   2070 North Tustin Avenue
9  Santa Ana, California 92705
   Tel: 714/ 516-2700
10 Fax: 714/532-4700
   E-mail: martin@andersonlaw.net
11
   CALIFORNIA LEMON LAW CENTER, INC.
12 Lucy Kasparian, SB# 228932
   136 N. Glendale Ave.
13 Glendale, California 91206
   Tel: (818) 547-5777
14 Fax: (818) 547-9777
   Email: LKasparian@aol.com
15
   Attorneys for Plaintiff TERRY GRAY
16

17        **UNITED STATES DISTRICT COURT**

18  **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

19

| 20 | TERRY GRAY, | **CASE NO. SACV08-00279 JVS (ANx)** |
|----|-------------|--------------------------------------|
| 21 | Plaintiff, | Judge:    Hon. James V. Selna |
| 22 | vs. | Dept.     10C |
| 23 | MAZDA MOTOR | **JOINT EXHIBIT LIST** |
| 24 | CORPORATION, MAZDA NORTH AMERICAN OPERATIONS, | |
| 25 | MAZDA MOTOR OF AMERICA, INC., | Action Filed:    March 12, 2008 |
| 26 | Defendants. | Trial Date:     February 17, 2009 |

27

28  / / /

TO THE COURT:

Plaintiff Terry Gray and Defendants Mazda Motor of America, Inc., dba Mazda North American Operations and Mazda Motor Corporation ("Mazda defendants") submit the following joint list of exhibits pursuant to Local Rule 16-6.1 and Federal Rules of Civil Procedure, Rule 26(a):

| Exhibit No. | Description | Offered by | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | *Amended Notice of Taking Deposition of Terry Gray | D | | |
| 2 | Motor Vehicle Lease Agreement dated August 17, 2007 | P/D | | |
| 3 | Plaintiff's 2007 Mazda 3 window sticker | D | | |
| 4 | Dealership addendum | P/D | | |
| 5 | Verbal Representations Form dated August 17, 2007 | D | | |
| 6 | Service Pre-Delivery Inspection Sheet dated November 24, 2006 | D | | |
| 7 | New Vehicle Sales Delivery Checklist dated August 17, 2007 | D | | |
| 8 | 2007 Warranty Information Booklet | P/D | | |
| 9 | Supplement to Owner's Manual and Warranty | D | | |

| | | | | | |
|---|---|---|---|---|---|
| | Information Booklet | | | | |
| 10 | Mazdaspeed Performance Accessories Installation Instructions for Sway Bar Kit | D | | | |
| 11 | Browning Mazda Hours of Operation | D | | | |
| 12 | Browning Mazda Repair Order dated August 22, 2007 (customer copy) | P/D | | | |
| 13 | Browning Mazda Repair Order dated September 4, 2007 (customer copy) | P/D | | | |
| 14 | Browning Mazda Repair Order dated September 24, 2007 (customer copy) | P/D | | | |
| 15 | Browning Mazda Repair Order dated October 8, 2007 (customer copy) | P/D | | | |
| 16 | Browning Mazda Repair Order dated November 12, 2007 (customer copy) | P/D | | | |
| 17 | Browning Mazda Work Order dated November 12, 2007 (customer copy) | P/D | | | |
| 18 | Browning Mazda Work Order dated December 17, 2007 (customer copy) | P/D | | | |

| | | | | |
|---|---|---|---|---|
| 19 | Browning Mazda Repair Order dated December 17, 2007 (customer copy) | P/D | | |
| 20 | Browning Mazda Work Order dated January 21, 2008 (customer copy) | P/D | | |
| 21 | Browning Mazda Repair Order dated January 21, 2008 (customer copy) | P/D | | |
| 22 | *Lucy Kasparian's correspondence to Mazda North American Operations dated February 4, 2008 | P/D | | |
| 23 | *Brian Collins' email to Lucy Kasparian dated February 8, 2008 (redacted) | | | |
| 24 | Brian Collins' email to Lucy Kasparian dated April 1, 2008 | | | |
| 25 | Tim Enoch's email to Martin Anderson dated April 3, 2008 | | | |
| 26 | Mazda Motor of America, Inc.'s Rule 68 Offer of Judgment dated May 1, 2008 | | | |
| 27 | Browning Mazda Repair Order dated November 26, 2007 (customer copy) | P/D | | |

L492644

4

JOINT EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 28 | Full Circle Service Report Card dated August 21, 2007 (customer copy) | P/D | | | |
| 29 | Full Circle Service Report Card dated October 8, 2008 (customer copy) | P/D | | | |
| 30 | Browning Mazda Invoice no. 1492351 dated October 29, 2007 (customer copy) | D | | | |
| 31 | Mazda of Orange Repair Order dated February 25, 2008 (customer copy) | D | | | |
| 32 | Mazda of Orange Repair Order no. W07946 dated March 24, 2008 (customer copy) | P/D | | | |
| 33 | Mazda of Orange Repair Order no. C07946 dated March 24, 2008 (customer copy) | P/D | | | |
| 34 | Mazda of Orange Repair Order dated June 13, 2008 (customer copy) | P/D | | | |
| 35 | *Plaintiff's Rule 26 Disclosures dated May 21, 2008 | | | | |
| 36 | *Plaintiff's proof of insurance | | | | |
| 37 | Plaintiff's registration (August 2007 – 2008) | P | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 38 | Salinas Tires Invoice no. 38819 dated July 14, 2008 | D | | |
| 39 | *Handwritten diagram of tire tread depth of tire wear before replacement | | | |
| 40 | Timeline (illustrative) | P | | |
| 41 | Usage Table (illustrative) | P | | |
| 42 | Damages Summary (illustrative) | P | | |
| 43 | Defects Chart (illustrative) | P | | |
| 44 | SEC Filings by Defendant (quarterly/annual reports) | P | | |
| 45 | 2007 Mazda 3 Sales Brochure | P/D | | |
| 46 | Browning Mazda Sales File | P | | |
| 47 | DMV Registration Receipts | P | | |
| 48 | Plaintiff's Service Records from non-Mazda dealerships | P | | |
| 49 | *Browning Mazda Service File | P/D | | |
| 50 | *Mazda of Orange Service File | P/D | | |
| 51 | *Declaration of Barbara Tang in Support of Mazda Motor Corporation's Motion to Dismiss dated May 5, 2008 | P | | |
| 52 | *Second Amended Complaint dated July 15, 2008 | P/D | | |

| 53 | *Answer to Second Amended Complaint dated September 3, 2008 | P | | |
| 54 | Defendants' Rule 68 Offer dated July 2, 2008 | P | | |
| 55 | *Plaintiff's Vehicle Inspection Video | P | | |
| 56 | *Plaintiff's Vehicle Inspection Photos | P | | |
| 57 | *Roger Tarver's Expert Report dated November 13, 2008 | P/D | | |
| 58 | *Jonathan Butts' Expert Report dated November 13, 2008 | P/D | | |
| 59 | Overall photograph of plaintiff's 2007 Mazda 3 | D | | |
| 60 | Browning Mazda's Repair Order dated December 14, 2006 | D | | |
| 61 | Design drawing of Mazdaspeed sway bar kit | D | | |
| 62 | Proving Grounds Evaluation Test report for stabilizer bar kit dated August 26, 2005 | D | | |
| 63 | Warranty return data for the Mazdaspeed sway bar kit | D | | |
| 64 | Defendants' vehicle inspection video dated July 22, 2008 | D | | |

| | | | | |
|---|---|---|---|---|
| 65 | Defendants' vehicle inspection photographs dated July 22, 2008 | D | | |
| 66 | Owner's manual | P/D | | |
| 67 | *Customer Contact History | D | | |
| 68 | *Hotline Contact History | D | | |
| 69 | *Warranty Vehicle History | D | | |
| 70 | *Service Manual sections relating to the sway bar and sway bar bushings | D | | |
| 71 | Exemplar Mazdaspeed sway bar kit and installation instructions (illustrative) | D | | |
| 72 | Time versus Mileage chart (illustrative) | D | | |
| 73 | *Defendants' Notice of Vehicle Inspection dated June 13, 2008 | D | | |
| 74 | *Expert Report of Dan Calef dated November 17, 2008 | D | | |
| 75 | *Defendants' First Set of Interrogatories dated September 18, 2008 | D | | |
| 76 | *Plaintiff's Responses to Interrogatories dated November 4, 2008 | D | | |

JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 77 | Traffic citations issued to James Gray | D | | |
| 78 | Court files for convictions of James Gray | D | | |
| 79 | Department of Motor Vehicle correspondence regarding suspension of James Gray's driver's license | D | | |
| 80 | Terry Gray's condensed deposition transcript dated June 20, 2008 | D | | |
| 81 | James Gray's condensed deposition transcript dated August 19, 2008 | D | | |
| 82 | Sharon Gray's condensed deposition transcript dated August 19, 2008 | D | | |
| 83 | Jorge Salinas' condensed deposition transcript dated October 27, 2008 | D | | |
| 84 | Dan Calef's condensed deposition transcript dated January 17, 2009 | D | | |
| 85 | Plaintiff's vehicle registration for August 2008 – 2009 | P | | |
| 86 | Defendant's Initial Rule 26 Disclosure dated May 27, 2008 | P | | |

JOINT EXHIBIT LIST

| 87 | Defendants' Supplemental Rule 26 Disclosure dated November 2, 2008 | P | | | |

Exhibits marked with an asterisk ("*") may be introduced in court if necessary.  Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3), this list does not include exhibits that may be used solely for impeachment, except for the condensed depositions listed as Exhibit Nos. 80-84.

DATED:  January 30, 2009                BOWMAN AND BROOKE LLP


BY: _____
Brian Takahashi
Robert A. Baggs
Attorneys for Defendants,
MAZDA MOTOR OF AMERICA,
INC. dba MAZDA NORTH
AMERICAN OPERATIONS and
MAZDA MOTOR CORPORATION


DATED:  January 30, 2009                ANDERSON LAW FIRM
MARTIN W. ANDERSON
CALIFORNIA LEMON LAW
CENTER, INC.
LUCY KASPARIAN


BY: _____
Martin W. Anderson
Attorneys for Plaintiff
TERRY GRAY

| 87 | Defendants' Supplemental Rule 26 Disclosure dated November 2, 2008 | P | | | |
|----|----|----|----|----|----|

Exhibits marked with an asterisk ("*") may be introduced in court if necessary. Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3), this list does not include exhibits that may be used solely for impeachment, except for the condensed depositions listed as Exhibit Nos. 80-84.

DATED:  January 30, 2009                 BOWMAN AND BROOKE LLP


BY: _____
Brian Takahashi
Robert A. Baggs
Attorneys for Defendants,
MAZDA MOTOR OF AMERICA,
INC. dba MAZDA NORTH
AMERICAN OPERATIONS and
MAZDA MOTOR CORPORATION


DATED:  January 30, 2009                 ANDERSON LAW FIRM
                                         MARTIN W. ANDERSON
                                         CALIFORNIA LEMON LAW
                                         CENTER, INC.
                                         LUCY KASPARIAN


BY: _____
Martin W. Anderson
Attorneys for Plaintiff
TERRY GRAY

L492644

10