UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0279-JVS (ANx) | Date | February 17, 2009 |
|---|---|---|---|
| Title | Terry Gray v. Mazda Motor of America, Inc. | | |

| Present: The Honorable | James V. Selna | | |
|---|---|---|---|
| Karla J. Tunis | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not PResent |

**Proceedings:**   (In Chambers) ORDER TO SHOW CAUSE RE JURY FEES

The parties advised the Court on the day of trial that they wished to waive jury trial. Apparently, an e-mail to that effect was sent to the Court over the three-day Presidents' Day weekend when the Court was closed. The Court did not receive notice in time to cancel the jury panel summoned for the case.

The parties are ordered to show cause why plaintiff and the Mazda parties should not each pay to the Clerk of the Court one-half of the sum of $1,673.70 to reimburse for the jury duty fees of $45 per day for the panel that was summoned but not used. A written response shall be made no later than February 23, 2009.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |