# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TERRY GRAY, | CASE NO. SACV08-00279 JVS (ANx) |
| Plaintiff, | Judge: Hon. James V. Selna |
| vs. | Dept. 10C |
| | **AMENDED JUDGMENT** |
| MAZDA MOTOR CORPORATION, MAZDA NORTH AMERICAN OPERATIONS, MAZDA MOTOR OF AMERICA, INC., | Action Filed: March 12, 2008<br>Trial Date: July 7, 2009 |
| Defendants. | |

This cause came on regularly for trial on July 7, 2009, at 8:30 a.m., in Department 10C of the above-entitled Court, the Honorable Judge James V. Selna, presiding, sitting without a jury, a jury having been duly waived. Plaintiff Terry Gray appeared by and through his counsel of record, Martin Anderson, Esq. and Lucy Kasparian, Esq. Defendants Mazda Motor of America, Inc. dba Mazda North American Operations and Mazda Motor Corporation ("Mazda defendants") appeared by and through its counsel of

record, Bowman and Brooke LLP by Brian Takahashi, Esq. and Robert Baggs, Esq.

After considering the evidence offered at trial, including the written declarations provided by each of the witnesses, as well as the further direct and cross-examination taken at trial, the trial briefs, the supplemental briefs on damages and other issues that were presented prior to trial, and plaintiff's trial brief in support of motion for judgment and in support of plaintiff's closing argument,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

Plaintiff recovers nothing on his claims, the action is dismissed on the merits, and the Mazda defendants recover costs in the amount of six thousand five hundred thirteen dollars ($6,513.00) from plaintiff.

**IT IS SO ORDERED.**

Dated: August 31, 2009

By: *James V. Selna*
James V. Selna
Judge, United States District Court